IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARTON JONES,** | : | |
| Petitioner | : | |
| | : | No. 1:20-cv-1823 |
| v. | : | |
| | : | (Judge Rambo) |
| **JOHN E. WETZEL,** *et al.*, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 10th day of August 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's amended petition (Doc. No. 13) for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                    s/ Sylvia H. Rambo
                                                    United States District Judge